OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
OF P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

ZIP 78701
02 1W
0001401603 OCT 22 2015

$ 000.275
PITNEY BOWES

WR-83,966-01

Abel Acosta, Clerk

10/21/2015
DIXON, RICHARD LEE          Tr. Ct. No. F1512251
This is to advise that the Court has denied without written order motion for leave to
file the original application for writ of mandamus.

RICHARD LEE DIXON
DALLAS COUNTY JAIL
P.O. BOX 660334

RETURN TO SENDER
NOT IN DALLAS COUNTY JAIL